1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE: SEALED APPLICATION     )   CR. NO. 2:11-SW-0553 CKD
   AFFIDAVIT IN THE MATTER OF    )
12 THE SEARCH OF FOUR SAFES      )   APPLICATION FOR ORDER UNSEALING
   LOCATED AT 7666 VELAGA COURT, )   THE APPLICATION AND AFFIDAVIT
13 SACRAMENTO, CA 95828; ONE RED )   IN SUPPORT OF SEARCH WARRANT;
   TOYOTA PICKUP LOCATED AT 8178 )   ORDER
14 ALPINE AVE, SACRAMENTO, CA.   )
                                 )
15 _____ )

16

17      TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE

18 JUDGE:

19      COMES NOW, Matthew G. Morris, Assistant United States Attorney

20 for the Eastern District of California, to petition this Court and

21 respectfully represent;

22      1. On December 27, 2011, this Court issued an order sealing the

23 Application and Affidavit in Support of Search Warrant in the above-

24 referenced case.

25      2. On December 27, 2011, federal agents executed the search

26 warrant at the above-captioned address.

27      3. It is in the interests of the public and the administration

28 of justice to unseal the application and affidavit in this case, and

there exists no further law enforcement need for the case to remain under seal.

THEREFORE, your petitioner prays that the aforesaid application and affidavit be unsealed and made part of the public record.

DATED: February 24, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant U.S. Attorney

THE COURT HEREBY ORDERS that the Application and Affidavit in Support of Search Warrant in Case No. 2:11-SW-0551 CKD be unsealed and made part of the public record.

Dated: February 24, 2012

/s/ Carolyn K. Delaney
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge